# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

ANTONIO DAYSHAUN STOKES
_____/

**SEALED INDICTMENT**

4:20cr44-mw

**THE GRAND JURY CHARGES:**

## COUNT ONE

On or about November 14, 2019, in the Northern District of Florida, the defendant,

**ANTONIO DAYSHAUN STOKES,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm in and affecting interstate and foreign commerce, that is:

1. a. On or about October 11, 2006, **ANTONIO DAYSHAUN STOKES** was convicted in the State of Florida of Sale of Cocaine; and

   b. On or about January 19, 2016, **ANTONIO DAYSHAUN STOKES** was convicted in the State of Florida of Possession of alpha-Pyrrolidinopentiophenone.

FILED USDC FLND TL
AUG 4 '20 PM5:46

2.  For each of these crimes, **ANTONIO DAYSHAUN STOKES** was subject to punishment by a term of imprisonment exceeding one year.

3.  Thereafter, **ANTONIO DAYSHAUN STOKES,** did knowingly possess a firearm, to wit, a Burgo model 100, .22 caliber revolver.

4.  This firearm had previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FIREARM FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

**ANTONIO DAYSHAUN STOKES,**

in committing and attempting to commit a felony in violation of the laws of the United States, as charged in Count One of this Indictment, perpetrated in whole or in part by the use of a firearm, did knowingly possess the firearm described above, any and all interest that this defendant has in the firearm involved in these

violations is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 3665.

A TRUE BILL:

███████████████

FOREPERSON

8/4/2020
DATE

_____
LAWRENCE KEEFE
United States Attorney

_____
ANDREW J. GROGAN
Assistant United States Attorney